## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**CHEVRON FOOD MART, INC.,**
a Florida Corporation,

    **Plaintiff,**

v.                                Case No.  8:05-cv-865-T-30TBM

**ZURICH AMERICAN INSURANCE COMPANY,**

    **Defendant.**
_____/

## **ORDER**

    THIS CAUSE comes before the Court upon Plaintiff's Motion to Remand (Dkt. #8). Plaintiff contends that this case should be remanded to state court in light of the Amended Complaint filed contemporaneously with the Motion, which places the damages figure in this action at $57,000.00.  Plaintiff has not included in the Motion a Local Rule 3.01(g) certification statement.

    It is therefore ORDERED AND ADJUDGED that Plaintiff shall supplement its Motion with a Local Rule 3.01(g) certification statement **within THREE (3) days** of the date of this Order informing the Court whether Defendant consents or objects to its prayer for remand.

    **DONE** and **ORDERED** in Tampa, Florida on June 14, 2005.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-865 Motn Remand 301G.wpd