**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHEVRON FOOD MART, INC.,**

    **Plaintiff,**

v.                                                Case No.  8:05-cv-865-T-30TBM

**ZURICH AMERICAN INSURANCE**
**COMPANY,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion to Remand (Dkt. #8) and Defendant's responses thereto (Dkts. ## 11, 15).  This case involves an insurance coverage dispute arising under Florida law.  Plaintiff has stipulated that it is seeking only $57,000.00 in cleanup costs against Defendant pursuant to the underlying insurance policy.  Accordingly, this Court lacks subject matter jurisdiction as the amount in controversy does not exceed the $75,000.00 limit set forth in 28 U.S.C. § 1332.

It is therefore ORDERED AND ADJUDGED that:

1.     Plaintiff's Motion to Remand (Dkt. #8) is **GRANTED**.

2.     The Clerk is directed to return this case to the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, along with a copy of this Order.

3. The Clerk is directed to terminate any pending motions and close this file.

**DONE** and **ORDERED** in Tampa, Florida on June 21, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-865 Motn Remand.wpd